# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1446
_____

Leann M. Dykes

*Plaintiff - Appellant*

v.

National Institutes of Health; National Institute of Allergy and Infectious Diseases; United States

*Defendants - Appellees*

Ecohealth Alliance

*Defendant*
_____

Appeal from United States District Court
for the Western District of Missouri
_____

Submitted: April 15, 2025
Filed: April 18, 2025
[Unpublished]
_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Leann Dykes appeals after the district court[1] dismissed her action under the Federal Tort Claims Act for lack of jurisdiction. After careful review of the record and the parties' arguments on appeal, we conclude the district court properly determined it lacked jurisdiction to review Dykes's claim. *See Blais v. United States*, 37 F.4th 502, 503 (8th Cir. 2022) (reviewing de novo grant of motion to dismiss for lack of subject matter jurisdiction).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.